**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE dba SAN JOSE NEUROSPINE, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA,<br><br>Defendant. | No. 5:24-cv-04493-NW<br><br>[~~PROPOSED ORDER~~] **GRANTING JOINT REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>Judge: Honorable Noël Wise |

The Court, having considered the accompanying Joint Request for Dismissal with Prejudice, and finding good cause therefore, hereby ORDERS that this matter is DISMISSED WITH PREJUDICE.  Each Party to bear its own attorney's fees, costs, and expenses.

**IT IS SO ORDERED.**

**Dated:**  February 19, 2026

_____
Honorable Noël Wise
United States District Judge

1
[~~PROPOSED~~ ORDER] GRANTING JOINT REQUEST FOR DISMISSAL WITH PREJUDICE